**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

JANE DOE,

       Plaintiff,

v.   Case No. 6:16-cv-1061-Orl-37GJK

RADIANCY, INC.; PHOTOMEDEX, INC.; and DOLEV RAFAELI,

       Defendants.

## ORDER

This matter is before the Court on the following:

1. Defendant[s] Dolev Rafaeli's and Photomedex, Inc.'s Amended Motion to Dismiss the Complaint Pursuant to Rule 12(b)(2) and 12(b)(6) and Memorandum of Law in Support Thereof, and Request for Oral Argument (Doc. 11), filed June 21, 2016;

2. Plaintiff's Amended Opposition to Motions to Dismiss the Complaint Against Defendants Rafaeli and Photomedex, Inc. with Incorporated Memorandum of Law (Doc. 14), filed July 5, 2016; and

3. Plaintiff's Partially Agreed Upon Motion for Leave to File Amended (Doc. 37), filed November 23, 2016.

Upon consideration of Plaintiff's Partially Agreed Upon Motion for Leave to File Amended Complaint with Supporting Memorandum of Law (Doc. 37), filed November 23, 2016, the Court will reserve ruling on the opposed portions of the Motion for Leave to File Amended Complaint until expiration of the briefing deadline. *See* Local Rule 3.01(b). Since some portions of the Motion for Leave to Amend are unopposed

and an amended pleading will be permitted, at least as to those items, the Court further finds that the Amended Motion to Dismiss the Complaint (Doc. 11) is due to be denied as moot.

Accordingly, it is hereby **ORDERED AND ADJUDED** that Defendant [sic] Dolev Rafaeli's and Photomedex, Inc.'s Amended Motion to Dismiss the Complaint Pursuant to Rule 12(b)(2) and 12(b)(6) and Memorandum of Law in Support Thereof, and Request for Oral Argument (Doc. 11) is **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on November 28, 2016.



ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record